UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BARBARA DUDLEY,                )
                               )
    Plaintiff,             )
                               )
v.                             )     Civil No. 1:14-CV-78-NT
                               )
CAROLYN W. COLVIN,             )
Acting Commissioner,           )
Social Security Administration,)
                               )
    Defendant.             )

<u>Order</u>

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council,

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings. Upon remand of this case by the Court, the Appeals Council will remand it to an Administrative Law Judge ("ALJ") for a *de novo* hearing and decision. The Appeals Council will instruct the ALJ to:

- Reevaluate the medical source opinions and, as necessary, obtain supplemental medical expert evidence that addresses Plaintiff's limitations in vocationally relevant terms, consistent with 20 C.F.R. §§ 404.1527 and 416.927 and Social Security Rulings 96-5p and 96-6p;

- Reassess Plaintiff's residual functional capacity and provide rationale for all assessed limitations, clarifying whether Plaintiff has any manipulative or reaching limitations, the frequency and time required for any bathroom breaks, and further clarifying what

limitations result from Plaintiff's obesity, fibromyalgia, and interstitial cystitis, consistent with 20 C.F.R. §§ 404.1545 and 416.945 and Social Security Rulings 96-8p and 96-6p; and

- Obtain supplemental vocational expert evidence at steps four and five as necessary, consistent with 20 C.F.R. §§ 404.1566 and 416.966 and Social Security Rulings 83-12, 83-14, 85-15, 96-9p, and 00-4p.

Therefore, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 7th day of January, 2015.

/s/ Nancy Torresen_____
Nancy Torresen,
Chief, U.S. District Judge