UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BARBARA DUDLEY, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) ) Civil No. 1:14-CV-78-NT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
|       Defendant | ) ) |

**ORDER ON ATTORNEYS' FEES AND COSTS**

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's January 7, 2015 Judgment and Order remanding this case to the defendant Commissioner for further administrative proceedings,

**IT IS HEREBY ORDERED** that the United States Social Security Administration shall pay attorney's fees in the amount of three thousand, seven dollars and forty-one cents ($3,007.41) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, subsequent to the

entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor Plaintiff's February 28, 2014 signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff.  If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel.

The Court further Orders that Plaintiff is entitled to nineteen dollars and forty-four cents ($19.44) in costs, to be paid from the Department of the Treasury's Judgment Fund.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 2nd day of April, 2015.